■    In the Matter of DONALD G. SMITH, Petitioner, v ORMAND N. GALE et al., Respondents.—Petition unanimously dismissed (see *People v Lewis,* 29

NY2d 923; *People v Webb,* 52 AD2d 8). (Art 78.) Present—Cardamone, J. P., Simons, Hancock, Jr., Callahan and Witmer, JJ. (Order entered Sept. 11, 1980.)